```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JENNIFER HISHMEH                  :    CIVIL ACTION
                                  :
          v.                      :
                                  :
CABOT COLLECTION                  :
SYSTEMS, L.L.C.                   :    NO. 13-4795
```

ORDER

AND NOW, this 4th day of February, 2014, upon consideration of Plaintiff's Renewed Motion for Judgment on the Pleadings as to Liability (Docket No. 10), and the opposition and reply thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED.  IT IS FURTHER ORDERED that JUDGMENT IS ENTERED in favor of the plaintiff and against the defendant as follows:

    1.   Statutory damages to be assessed against the defendant are fixed at $1,000, pursuant to 15 U.S.C. § 1692k(a)(2)(A) and the parties' agreement.[1]

The Clerk shall enter judgment in favor of the plaintiff and against the defendant in the amount of $1,000.00.

IT IS FURTHER ORDERED that Hishmeh may, on or before February 18, 2014, file a motion to revise the Judgment to include her costs and reasonable attorneys' fees, with an

---

[1] The Court references Pl.'s Mot., Ex. B, ECF No. 10-2, which sets forth the terms of the parties' agreement as to damages.

application in support thereof, pursuant to 15 U.S.C. § 1692k(a)(3).  If Hishmeh files such a motion, Cabot Collection Systems, LLC may file a response to such motion on or before March 11, 2014.

                                      BY THE COURT:

                                      <u>/s/ Mary A. McLaughlin</u>
                                      MARY A. McLAUGHLIN, J.